Moises Antonio REYES, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 11–1311.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 24, 2011.

Decided: Sept. 19, 2011.

Aaron R. Caruso, Abod & Caruso, LLC, Rockville, Maryland, for Petitioner. Tony West, Assistant Attorney General, David V. Bernal, Assistant Director, Jesse M. Bless, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, AGEE, and WYNN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moises Antonio Reyes, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We have reviewed the record and the Board's order

---

and find that the Board did not abuse its discretion in denying the motion. *See* 8 C.F.R. § 1003.2(a) (2011) (setting forth standard of review). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Reyes* (B.I.A. Mar. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*